**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL**

Phoenix Division

**CIV**  09  /  2077  /  FJM       DATE: November 10, 2011
     Year  Case No  Initials

Title: Paul Bobrowski                              vs.  Red Door Group, Inc., et al.

_____  vs.  _____
       Plaintiff                           Defendant
==================================================================

HON:   Edward C. Voss                        Judge #70BO

    Deputy Clerk                        Court ECR

**Attorney(s) for Plaintiff(s)**    **Attorney(s) for Defendant(s)**

  George Spiess                  Glenn Hotchkiss
  James Bell                       John C. Marcolini

==================================================================
**PROCEEDINGS:**    \_\_\_\_Open Court    _X_ Chambers    \_\_\_\_ Other

This is the time set for settlement conference.

Present: George Spiess and James Bell with Plaintiff; Glenn Hotchkiss and John Marcolini with Defendants' representatives.

Settlement conference is held.

A tentative settlement was reached. The parties requested additional time to determine if certain conditions of the tentative settlement could be achieved. The parties are ORDERED to, confidentially and in writing, advise this court of the status of settlement on or before 11/19/2011

                                              Court Time: 7 hrs. 3 mins.

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF ARIZONA
                       CIVIL MINUTES - GENERAL
Phoenix Division


CIV   09  /  2077    /  FJM       DATE: November 10, 2011
      Year   Case No   Initials

Title: Paul Bobrowski                  vs.  Red Door Group, Inc., et al.

       _____        vs.  _____
               Plaintiff                              Defendant
===============================================================================

HON:   Edward C. Voss                        Judge #70BO


       _____              _____
             Deputy Clerk                           Court ECR

       Attorney(s) for Plaintiff(s)      Attorney(s) for Defendant(s)

         George Spiess                       Glenn Hotchkiss
         James Bell                          John C. Marcolini


       ================================================================
PROCEEDINGS:        ____ Open Court    X  Chambers    ____ Other
```

This is the time set for settlement conference.

Present: George Spiess and James Bell with Plaintiff; Glenn Hotchkiss and John Marcolini with Defendants' representatives.

Settlement conference is held.

A tentative settlement was reached. The parties requested additional time to determine if certain conditions of the tentative settlement could be achieved. The parties are ORDERED to, confidentially and in writing, advise this court of the status of settlement on or before 11/19/2011

                                              Court Time: 7 hrs. 3 mins.