John C. Marcolini (019530)
jcm@cimlaw.com
Glenn B. Hotchkiss (012194)
gbh@cimlaw.com
**CHEIFETZ IANNITELLI MARCOLINI, P.C.**
111 West Monroe Street, 17th Floor
Phoenix, Arizona 85003
Tel. (602) 952-6000
Fax (602) 952-7010

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PAUL BOBROWSKI, an unmarried man,<br><br>Plaintiff,<br><br>-vs-<br><br>RED DOOR GROUP, INC., an Arizona corporation; NEW GRAYBRIAR CONDOMINIUM, LLC, an Arizona limited liability company; RED DOOR REALTY ADVISORS, LLC, an Arizona limited liability company; RIGHT PLACE REDEVELOPMENT COMPANY, an Arizona corporation; RIGHT PLACE ASSET MANAGEMENT COMPANY, an Arizona corporation; EARL RICKER and JANE DOE RICKER; ANDREW GRUMWALD and JANE DOE GRUMWALD; ROB PORTER and JANE DOE PORTER; KEVIN PECK and JANE DOE PECK; AMY MIRATA and JOHN DOE MIRATA; and DARYA LOPATENKO and JOHN DOE LOPATENKO,<br><br>Defendants. | No. CIV-2:09-cv-02077-PHX-FJM<br><br>**JOINT NOTICE OF LODGING FORM OF JUDGMENT**<br><br>Honorable Frederick J. Martone, U.S.D.J. |

Pursuant to the Stipulation and Joint Motion Entry of Judgment of even date, Plaintiff, Paul Bobrowski, and Defendants, Red Door Group, Inc., et al., by and through their respective undersigned counsel, jointly lodge the accompanying form of Judgment.

**RESPECTFULLY SUBMITTED** on this 9th day of December, 2011.

**SPIESS & BELL, P.C.**


By:  /s/ G. Peter Spiess
    G. Peter Spiess, Esq.
    James O. Bell, Esq.
    Attorneys for Plaintiff Bobrowski


**CHEIFETZ IANNITELLI MARCOLINI, P.C.**


By:  /s/ John C. Marcolini
    John C. Marcolini, Esq.
    Glenn B. Hotchkiss, Esq.
    Attorneys for Defendants

N:\CLIENTS\Ricker\Bobrowski 3009-5\Stipulation For Judgment\Joint Notice of Lodging Judgment 12 09 11.doc

- 3 -

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2011, I electronically transmitted the attached document to the Office of the Clerk of the United States District Court, District of Arizona, using the CM/ECF System for filing, with a transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

The Honorable Frederick J. Martone, U.S.D.J.
UNITED STATES DISTRICT COURT
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street, SPC 62
Phoenix, Arizona 85003-2158

By:   /s/ Julie Mills

C:\Documents and Settings\jcm.LAWNET\Local Settings\Temporary Internet Files\OLK7\Joint Notice of Lodging Judgment 12 09 11 (2).doc

- 3 -

No. CIV-2:09-cv-02077-PHX-FJM