# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| PAUL BOBROWSKI, an unmarried man,<br><br>Plaintiff,<br><br>-vs-<br><br>RED DOOR GROUP, INC., an Arizona corporation; NEW GRAYBRIAR CONDOMINIUM, LLC, an Arizona limited liability company; RED DOOR REALTY ADVISORS, LLC, an Arizona limited liability company; RIGHT PLACE REDEVELOPMENT COMPANY, an Arizona corporation; RIGHT PLACE ASSET MANAGEMENT COMPANY, an Arizona corporation; EARL RICKER and JANE DOE RICKER; ANDREW GRUMWALD and JANE DOE GRUMWALD; ROB PORTER and JANE DOE PORTER; KEVIN PECK and JANE DOE PECK; AMY MIRATA and JOHN DOE MIRATA; and DARYA LOPATENKO and JOHN DOE LOPATENKO,<br><br>Defendants. | No. CV-09-2077-PHX-FJM<br><br>**JUDGMENT** |

**THIS MATTER**, having been brought to the Court by Stipulation and Joint Motion

to Vacate Trial and For Entry of Final Judgment filed by Plaintiff, Paul Bobrowski ("Bobrowski"), and Defendants, Red Door Group, Inc. ("RDG"), New Graybriar Condominium, LLC ("New Graybriar"), Red Door Realty Advisors, LLC ("RDRA"), Right Place Redevelopment Company ("RPRC"), Right Place Asset Management Company (d/b/a Right Place Properties) ("RPAM"), Earl Ricker and Patricia Ricker ("the Rickers"), Robert L. Porter (a/k/a Rob Porter) and Deborah Porter ("the Porters"), Kevin Peck and Christine Peck ("the Pecks"), Andrew Grunwald ("Grunwald") and Darya Lopatenko ("Lopatenko") (unless otherwise stated, New Graybriar, RDG, RDRA, RPRC, RPAM, the Rickers, the Porters, the Pecks, Grunwald and Lopatenko are collectively referred to as "Defendants") (Bobrowski and Defendants are collectively referred to as "the Parties"), and the Court having considered the same, and there being no just reason to delay the entry of final judgment; and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, as follows:

1. That Bobrowski's remaining claims in this action against New Graybriar for damages for breach of the eight condominium leases and against RDG, RDRA, RPRC and RPAM for joint venture liability thereunder are hereby dismissed with prejudice, with Bobrowski bearing his own attorneys' fees and costs of suit.

2. That the Court's August 11, 2011 Order (Doc. 112) against Bobrowski and in favor of Defendants on Bobrowski's (a) Fraud claims; (b) RICO claims; (c) Federal Securities claims; (d) Arizona Securities Claims; (e) Money Had and Received/Conversion claims; and (f) Alter Ego theories and claim of liability against the Rickers, Porters, Pecks,

Grunwald and Lopatenko, is hereby affirmed, and judgment is entered in favor of Defendants and against Bobrowski on each of these claims.

3.  That an award is hereby entered against Bobrowski and in favor of the Rickers, Porters, New Graybriar, RDG, RDRA, RPRC and RPAM, jointly and severally, for attorneys' fees in the in the amount of $298,647.75 and for costs of suit in the amount of $8,724.94.

4.  That the trial scheduled in this case for December 13, 14, 15 and 16 is hereby vacated.

5.  This entire action is terminated.

Dated this 9th day of December, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge